**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**FABION ROBERSON**
*Individually, and on behalf of all Wrongful Death*
*Beneficiaries of* **MELLA R. LARTHERIDGE** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:20CV00174-DMB-JMV**

**RESPIRONICS, INC.**
*doing business* **as PHILIPS RESPIRONICS** **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.CIV.R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[]. . . .

Plaintiff filed a motion to remand [5] on October 27, 2020. Accordingly, the proceedings enumerated in Local Rule 16(b)(1)(B) along with the case management conference are, hereby, **STAYED** pending a decision on the motion to remand.

**THIS**, the 29th day of October, 2020.

/s/ Jane M. Virden
U.S. Magistrate Judge